IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE PAGE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3057 |
| | : | |
| COUNTY OF BUCKS, TULLYTOWN POLICE DEPARTMENT | : : | |

## ORDER

**AND NOW**, this 23rd day of August 2022, after granting the incarcerated pro se Plaintiff leave to proceed *in forma pauperis* (ECF Doc. No. 5), having now screened the pro se incarcerated Plaintiff's allegations under Congress' mandate in Section 1915, and for reasons in the accompanying Memorandum confirming Plaintiff has not stated a claim, it is **ORDERED** we **dismiss** the Complaint (ECF Doc. No. 2):

1. **With prejudice** as to claims for money damages under the Pennsylvania Constitution;

2. **Without prejudice** to Mr. Page filing an amended Complaint pleading a fact basis to enjoin an ongoing criminal prosecution or a policy or custom against municipal entities arising from the trial judge's failure to provide a colloquy in his first criminal trial or otherwise pleading civil rights claims against individual state actors to be filed no later than **September 26, 2022** or else we will dismiss his claims; and,

3. The Clerk of Court shall not issue summons until further Order.

KEARNEY, J.