IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE PAGE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3057 |
| | : | |
| COUNTY OF BUCKS, TULLYTOWN POLICE DEPARTMENT | : : | |

# ORDER

**AND NOW**, this 27th day of September 2022, upon studying the incarcerated Plaintiff's pro se amended Complaint (ECF Doc. No. 12) consistent with our screening obligations under 28 U.S.C. § 1915, again finding Plaintiff cannot state a claim for damages under the Pennsylvania Constitution or civil rights claims arising from the manner in which a state court trial judge addressed his claims at trial nor plead basis for municipal liability, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** Plaintiff's claims under the Pennsylvania Constitution and for civil rights violations arising from allegations relating to trial procedures **with prejudice** and thus dismiss this case after two attempts to plead claims; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**